```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LISA DE VERTEUIL-COLLADO,                    :
                                             :
                              Plaintiff,     :
                                             :          1:22-cv-6646-GHW
              -v -                           :
                                             :          ORDER
CITY UNIVERSITY OF NEW YORK,                 :
                                             :
                              Defendant.     :
-------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

On August 12, 2022, Plaintiff informed the Court that she no longer wishes to proceed pseudonymously. Dkt. No. 8. Accordingly, the Clerk of Court is directed to replace "Jane Doe" with Plaintiff's name, Lisa De Verteuil-Collado, in the case caption and on the docket of this case.

SO ORDERED.

Dated:  August 15, 2022
New York, New York                           _____
                                                    GREGORY H. WOODS
                                                   United States District Judge