**MEMORANDUM ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2022

**T**HE **C**ITY OF **N**EW **Y**ORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

H<small>ON.</small> S<small>YLVIA</small> O. H<small>INDS</small>-R<small>ADIX</small>
*Corporation Counsel*

**Jay Cullen**
Phone: (212) 356-2079
jecullen@law.nyc.gov

October 21, 2022

**BY ECF**
Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

   Re: *Lisa De Verteuil-Collado v. City University of New York*, 22-cv-6646 (GHW)

Dear Judge Woods:

  I am the Assistant Corporation Counsel in the Office of the Corporation Counsel assigned to represent the City University of New York (CUNY) in the above-referenced case wherein Plaintiff alleges that CUNY discriminated against her based on her disability and failed to timely provide a reasonable accommodation. (Dkt. No. 1). On August 15, 2022 the Court ordered the parties to conduct a mediation at least two weeks prior to the Initial Pretrial Conference, which was schedule for November 15, 2022, thus the deadline to conduct a mediation was November 1, 2022. (Dkt. No. 10). Then, on October 14, 2022, the Defendant filed a request for a pre-motion conference for a motion to dismiss and requested that the mediation requirement be adjourned. (Dkt. No. 14). The Court granted the request for a pre-motion conference but did not comment on the request to adjourn the mediation (Dkt. No. 15). CUNY now respectfully requests that the Court adjourn the mediation requirement while the Court considers Defendant's proposal to file a motion to dismiss.

  This is Defendant's first request for an adjournment of the mediation. Plaintiff reports that she has no position on the adjournment. If granted, this adjournment would not impact any other deadline.

  Accordingly, on behalf of the Defendant, I respectfully request that the mediation be adjourned until the Court has decided on the Defendant's proposed motion to dismiss.

Thank you for your consideration of this request.

Respectfully submitted,

_____/s/_____
Jay Cullen
Assistant Corporation Counsel

cc: **by ECF**
Stewart Lee Karlin, Attorney-at-Law
111 John Street, 22nd Floor
New York, NY 10038
212-792-9670
Email: slk@stewartkarlin.com

Defendant's request to adjourn the mediation requirement pending resolution of the proposed motion to dismiss is granted.
The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 16.

SO ORDERED.

Dated: October 21, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge