```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LISA DE VERTEUIL-COLLADO,

                       Plaintiff,

              -v -

CITY UNIVERSITY OF NEW YORK,

                      Defendant.
------------------------------------------------------------ X

1:22-cv-6646-GHW

ORDER

GREGORY H. WOODS, District Judge:

    For the reasons stated on the record during the hearing held on November 15, 2022, Plaintiff is granted leave to amend the Complaint (Dkt. No. 1), no later than December 2, 2022.

    SO ORDERED.

Dated: November 15, 2022
New York, New York

                                        GREGORY H. WOODS
                                       United States District Judge