UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA DE VERTEUIL-COLLADO,

                Plaintiff,

-v-

CITY UNIVERSITY OF NEW YORK,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 6646 (JHR) (SLC)

**AMENDED SETTLEMENT CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request at ECF No. 34 is GRANTED, and the settlement conference scheduled for May 23, 2023 is ADJOURNED to **Wednesday, July 19, 2023 at 2:00 pm** and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York.

The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 33 at 4–6) remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **July 13, 2023**. The parties are reminded to include the Attendance Acknowledgement form annexed to the Standing Order (id. at 7).

The Clerk of Court is respectfully directed to close ECF No. 34.

Dated:     New York, New York
             May 9, 2023

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**